UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| KATHERINE REEVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:12-cv-00018 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| TENNESSEE FARMERS MUTUAL ) | |
| INSURANCE COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons set forth in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 15) is **GRANTED**. All claims by the plaintiff are hereby **DISMISSED**. Entry of this order constitutes judgment in the case.

It is so **ORDERED**.

Enter this 20th day of May 2013.

_____
ALETA A. TRAUGER
United States District Judge